Richard Wahng (SBN 225672)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Attorney for Defendant,
WENCOM LLC, dba WENDY'S IN SAN BRUNO



IT IS SO ORDERED
Judge James Larson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT<br><br>    Plaintiff,<br><br>  vs.<br><br>WENCOM LLC, a California Limited Liability Company, dba WENDY'S IN SAN BRUNO; *et. al*.<br><br>    Defendants. | Case No. CV10-3995 JL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR JOINT INSPECTION** |

  Pursuant to Local Rule 6-1(a), it is hereby stipulated by and between plaintiff, MARSHALL LOSKOT and defendant, WENCOM, LLC, through their respective attorneys, that the deadline for parties and counsel to hold a joint inspection of the subject premises in the above-referenced action shall be extended by three weeks. Parties now have up to and including January 21, 2011, to hold the joint inspection of the premises.

  Defendant WENCOM LLC only recently retained counsel to defend this case. Defense counsel requires additional time to investigate the factual and legal aspects of this case and pursue negotiations with the other parties before conducting the joint inspection.

STIPULATION FOR EXTENSION OF TIME FOR JOINT INSPECTION
Case No. CV10-3995JL

1

Dated: December 29, 2010

      /S/
Richard Wahng
Attorney for Defendant
WENCOM LLC

Dated: December 29, 2010

      /S/
Jason K. Singleton
Attorney for Plaintiff

STIPULATION FOR EXTENSION OF TIME FOR JOINT INSPECTION
Case No. CV10-3995JL