**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, MARSHALL LOSKOT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,**<br><br>     Plaintiff,<br><br>v.<br><br>**WENCOM LLC, a California Limited Liability Company, dba WENDY'S IN SAN BRUNO, BARRY D. FRAZIER and DOES ONE to FIFTY, inclusive,**<br><br>     **Defendants.** | Case No.  CV 10-3995 JL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER** |

Plaintiff MARSHALL LOSKOT and Defendant WENCOM LLC, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the global dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:    January 28, 2011      /s/ Jason K. Singleton
                                Jason K. Singleton, Attorney for
                                Plaintiff, **MARSHALL LOSKOT**

STIPULATION OF DISMISSAL, PROPOSED ORDER          1                         CV 10-3995 JL

**LAW OFFICES OF RICHARD C. J. WAHNG**

Dated: January 24, 2011    /s/ Ondrej Likar
                            Ondrej Likar, Attorneys for Defendant
                            **WENCOM LLC**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT vs WENCOM LLC, et al.</u>, Case Number CV-10-3995 JL, is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated: February 1, 2011    _____
                            JAMES LARSON
                            UNITED STATES DISTRICT JUDGE

JASON K. SINGLETON, CSB#166170
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177
FAX 441-1533

Attorneys for Plaintiff, MARSHALL LOSKOT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| MARSHALL LOSKOT,<br>      Plaintiff(s),<br>v.<br>WENCOM LLC, et al.,<br>      Defendant(s). | CASE NUMBER  CV-10-3995 JL<br><br>NOTICE OF DISMISSAL PURSUANT<br>RULE 41(a) OR (c) F.R.Civ.P. |
|---|---|

PLEASE TAKE NOTICE: (Check one)

☐ This action is dismissed by the Plaintiff (s) in its entirety.

☐ The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐ The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

■ ONLY Defendant(s)  **BARRY D. FRAZIER**  is (are) dismissed from

(Circle one)  **Complaint**, Counterclaim, Cross-claim, Third Party

Claim brought by  PLAINTIFF MARSHALL LOSKOT  .

The dismissal is made pursuant to Rule 41 (a) or (c) of the Federal Rules of Civil Procedure.

DATED:  January 28, 2011          /s/ Jason K. Singleton
                                                        Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c):  COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.